COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name  FREEMAN    RON
      (Last)       (First)      (Initial)

Prisoner Number  V-41452

Institutional Address  SQRC G#170
  San Quentin CA  94964

FILED
FEB 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MR. Ron Freeman
(Enter the full name of plaintiff in this action.)

vs.

Marin County Sheriff Doyle
Deputy Do Bronner
Et alii Does 1-100

(Enter the full name of the defendant(s) in this action)

Case No.  CV 08 0888 MJJ (PR)
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed.]*

I.  Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  San Quentin CA

B.  Is there a grievance procedure in this institution?
    YES (✓)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?
    YES ( )    NO (✓)

D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                                  - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____ N/a _____

_____ N/a _____ 2. First formal level

3. Second formal level _____ N/a _____

_____ N/a _____ 4 Third formal level

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES ( )   NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. Marin County Sheriff's Dept. Citizen Complaint Filed

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Ron Freeman V41452 Gym 170
SQRC San Quentin CA 94964
My Release date is 02/07/08

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT - 2 -

1      place of employment.
2  Marin County Sheriff Doyle  Deputy Sheriff Debrunner
3  Et alll Does 1-100
4  3501 Civic Center Drive
5  San Rafael CA
6         94913     III.
7  Statement of Claim
8      State here as briefly as possible the facts of your case. Be sure to describe how each
9  defendant is involved and to include dates, when possible. Do not give any legal arguments or
10  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11  separate numbered paragraph.
12  On Sept 25th, 2007 Deputy Debrunner
13  arrested the Plaintiff on a PAl Warrant
14  For a tech Violation of Cal PC 3057.
15  Deputy Debrunner then used Marin Dispatch
16  to Contact a 3rd Party to Remove the
17  Contents of my apartment. I was the Sole
18  Leasee. The contents included the legal work
19  From C03-5440 mjj W/ the discovery cut off date
20  of Nov 1, 2007. The arrest was made for a
21  NSF Rent Check that had been Paid 60 days
22  Earlier. Both State Parole Agent & Deputy
23  Debrunner had Contacted the Property owners
24  and (See Back)
25  IV.    Relief
26      Your complaint cannot go forward unless you request specific relief. State briefly exactly
27  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28  Monetary Damages, Injunctive Relief, Declaritory

COMPLAINT         - 3 -

Plaintiff's employers in prior weeks / there was no criminal complaint. Deputy Debrunor then contacted witnesses in the civil suit requesting information and threating at least one witness. Deputy Debrunor was involed in numerous prior arrests of the plaintiff from 1997 - 2002. Deputy Debrunor knew those were (false arrests) as the charges were Droped.

Relief, and any Remedio the court sees fit.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __31st__ day of __JANUARY__, 20 __08__

_____
(Plaintiff's signature)

COMPLAINT                                - 4 -

Freeman V44452
SQSC G#170
San Quentin CA
94964

Legal Mail

RECEIVED
FEB - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To Court Clerk
United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco CA
94102



UNITED STATES POSTAGE
$ 00.41°
PITNEY BOWES
02 1M
0004248283
MAILED FROM ZIP CODE 94964
FEB 05 2008