RECEIVED
FEB 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
FEB 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

MJJ (PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ron Freeman         Plaintiff,

vs.

Marin County et.al.   Defendant.

CASE NO. CV 08 0888

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Ron Freeman, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A                    Net: N/A

Employer: N/A

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  CLP INC Aug 2007 $25.35/hour
5  Architects & Engineers Maritime $37.00 hour + Comm
6
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or            Yes  X   No ___
10         self employment
11    b.   Income from stocks, bonds,         Yes ___  No  X
12         or royalties?
13    c.   Rent payments?                     Yes ___  No  X
14    d.   Pensions, annuities, or            Yes ___  No  X
15         life insurance payments?
16    e.   Federal or State welfare payments, Yes ___  No  X
17         Social Security or other govern-
18         ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21  Employed as Engineer/Architect (NAME)
22  $37.00 hour + Comm. July to Aug 2007 $8,000 total
23 3.   Are you married?                      Yes ___  No  X
24 Spouse's Full Name: _____ N/a _____
25 Spouse's Place of Employment: _____ N/a _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ 0 _____ Net $_____ 0 _____
28 4.   a.   List amount you contribute to your spouse's support: $ _____ 0 _____

1  b.  List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  Joshua Keegan Freeman-Brown
6  #B-incarcerated, #1400 Working.
7  5.  Do you own or are you buying a home?  Yes ___ No ✓
8  Estimated Market Value: $ ∅  Amount of Mortgage: $ ∅
9  6.  Do you own an automobile?  Yes ✓ No ___
10  Make 2007 Ford Van  Year 2007  Model E-250
11  Is it financed? Yes ✓ No ___  If so, Total due: $ 20,100 ⁰⁰
12  Monthly Payment: $ 535 ⁰⁰ + ins. $108 ⁰⁰
13  7.  Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: N/A
15
16  Present balance(s): $ 0
17  Do you own any cash? Yes ___ No ✓ Amount: $ 0
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ✓ No ___
20  Tool's (work) $1560 ⁰⁰  Contract Pending Value $75,000 After tax income - Contract Currently Unsigned
21  8.  What are your monthly expenses?
22  Rent: $ 1,400 ⁰⁰  Utilities: 200 ⁰⁰
23  Food: $ 250 ⁰⁰  Clothing: 400 ⁰⁰
24  Charge Accounts:
25  Name of Account    Monthly Payment    Total Owed on This Acct.
26  ∅    $ ∅    $ ∅
27       $          $
28       $          $         9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  $36,000 back child Support (uncorrected) School $250 monthly
4  $20,100 Autoloan $8,000.00 student loan's, Phone $250.00
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ✓   No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  C03-5440 mjj Pending Case Excessive force
10  Northern district Court California
11        I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  Jan 31, 2007                              RhS
17       DATE                                 SIGNATURE OF APPLICANT