

08-0889 MJJ

08-0888 MJJ

RECEIVED
FEB 29 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ron Freeman
V 44452
SQLc Gym #170
San Quentin

c 08-889 MJJ



ORIGINAL ENVELOPE
IN 08-889 MJJ