IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON FREEMAN, ) | No. C 08-0888 MMC (PR) |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL; DENYING** |
| v. ) | **LEAVE TO PROCEED IN FORMA** |
| ) | **PAUPERIS** |
| MARIN COUNTY SHERIFF ) | |
| DOYLE, DEPUTY DeBRUNNER, et ) | **(Docket No. 2)** |
| al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On February 11, 2008, plaintiff, a California prisoner then incarcerated at San Quentin State Prison and proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983; together with the complaint plaintiff filed an application to proceed in forma pauperis ("IFP"). On April 7, 2008, the Court mailed plaintiff a notice that his case had been reassigned to the undersigned; on April 11, 2008, said notice was returned to the Court as undeliverable because plaintiff was not at the address he had provided to the Court in his complaint.

Pursuant to the Civil Local Rules of this district, "a party proceeding *pro se* whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address." See Civ. L. R. 3-11(a). Where mail directed to such party "has been returned to the Court as not deliverable" and "the Court fails to receive within 60 days of this return a written

communication from . . . the *pro se* party indicating a current address," the Court "may dismiss the complaint without prejudice." See Civ. L.R. 3-11(b).

Here, sixty days have passed since plaintiff's mail was returned to the Court as undeliverable, and plaintiff has not notified the Court of his correct current address. Accordingly, the above-titled action is hereby DISMISSED without prejudice and leave to proceed IFP is hereby DENIED.

The Clerk shall close the file.

This order terminates Docket No. 2.

IT IS SO ORDERED.

DATED: June 12, 2008

                              MAXINE M. CHESNEY
                              United States District Judge