IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD L. FREEMAN,

        Plaintiff,

v.

MARIN COUNTY SHERIFF DOYLE, et al.,

        Defendants.
                                          /

No. CV-08-0888 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice and leave to proceed IFP is hereby DENIED.

Dated: June 12, 2008                                          Richard W. Wieking, Clerk

                                                                       By: Tracy Lucero
                                                                       Deputy Clerk