**FILED**

**JUN 1 2 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RON FREEMAN,

    Plaintiff,

v.

MARIN COUNTY SHERIFF DOYLE, DEPUTY DeBRUNNER, et al.,

    Defendants.

No. C 08-0888 MMC (PR)

**ORDER OF DISMISSAL; DENYING LEAVE TO PROCEED IN FORMA PAUPERIS**

(Docket No. 2)

On February 11, 2008, plaintiff, a California prisoner then incarcerated at San Quentin State Prison and proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983; together with the complaint plaintiff filed an application to proceed in forma pauperis ("IFP"). On April 7, 2008, the Court mailed plaintiff a notice that his case had been reassigned to the undersigned; on April 11, 2008, said notice was returned to the Court as undeliverable because plaintiff was not at the address he had provided to the Court in his complaint.

Pursuant to the Civil Local Rules of this district, "a party proceeding *pro se* whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address." See Civ. L. R. 3-11(a). Where mail directed to such party "has been returned to the Court as not deliverable" and "the Court fails to receive within 60 days of this return a written

1  communication from . . . the *pro se* party indicating a current address," the Court "may
2  dismiss the complaint without prejudice." See Civ. L.R. 3-11(b).
3      Here, sixty days have passed since plaintiff's mail was returned to the Court as
4  undeliverable, and plaintiff has not notified the Court of his correct current address.
5  Accordingly, the above-titled action is hereby DISMISSED without prejudice and leave to
6  proceed IFP is hereby DENIED.
7      The Clerk shall close the file.
8      This order terminates Docket No. 2.
9      IT IS SO ORDERED.
10 DATED: JUN 1 2 2008
11                              MAXINE M. CHESNEY
                                United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RON FREEMAN,

        Plaintiff,

v.

MARIN COUNTY SHERIFF et al,

        Defendant.
_____/

Case Number: CV08-00888 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald L. Freeman
San Quentin State Prison
Prisoner Id V41452
San Quentin, CA 94974

Dated: June 12, 2008

                              Richard W. Wieking, Clerk

                              *Tracy Lucero*

                              By: Tracy Lucero, Deputy Clerk

**FILED**

IN THE UNITED STATES DISTRICT COURT   **JUN 1 2 2008**

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
NORTHERN DISTRICT OF CALIFORNIA

RONALD L. FREEMAN,

        Plaintiff,

        v.

MARIN COUNTY SHERIFF DOYLE, et al.,

        Defendants.

_____/

No. CV-08-0888 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice and leave to proceed IFP is hereby DENIED.

Dated: June 12, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: <u>Tracy Lucero</u>
     <u>Deputy Clerk</u>

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RON FREEMAN,

        Plaintiff,

v.

MARIN COUNTY SHERIFF et al,

        Defendant.
_____/

Case Number: CV08-00888 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald L. Freeman
San Quentin State Prison
Prisoner Id V41452
San Quentin, CA 94974

Dated: June 12, 2008

        Richard W. Wieking, Clerk

        *Tracy Lucero*

        By: Tracy Lucero, Deputy Clerk

**FILED**

JUN 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

RETURN TO SENDER

REFUSED - RETURN
2/7/08
PAR
RC4 2

Ronald L. Freeman



02 1A
0004329882
MAILED FROM ZIP CODE 94102
UNITED STATES POSTAGE
$ 00.590
JUN 16 2008
PITNEY BOWES

94974+0000